**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                              CASE NO. 5:11cv228-MP-CJK

ANA M AUGUSTIN,

      Defendant.

_____/

## DEFAULT JUDGMENT

      The complaint in the above action was filed in this Court on July 1, 2011, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant. Default was duly entered as to the Defendant on November 30, 2011. (Doc. 5).

      By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, recover from the Defendant the sum of $84,423.93 (Defendant owes Plaintiff the principal sum of $52,720.81, interest of $31,353.12 accrued through November 15, 2011), plus accruing interest at the annual rate of 8.25% as set forth in the Certificate of Indebtedness prepared by the Department of Education; and $350.00 for costs of the court allowed pursuant to 28 U.S.C. § 2412(a)(2)). Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 (a) and shall be computed daily and compounded annually until paid in full.

      **DONE and ORDERED** this 12th day of December, 2011.

      s/ *M. Casey Rodgers*
      **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**